**Bernstein & Bernstein**

2610 University Boulevard West  Wheaton, MD  20902
301-593-8700

UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

Case No. 1:07 CV 01617

Trial Date

Tennakoon Mudiyanselage Chandraratine         VS.         Sajan Kumar Saraff, Indiv.

Plaintiff(s)                                                                Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon   Pravesh Saraff-Son of Defendants & Manager

   Description: Race _indian_ Sex _male_  Hgt _5'6"_  Wgt _135_  Approx. Age _25_

   On the _27th_ day of _September_, 2007 at _12:12_ AM/PM.

   At _1912 L. St. N.W. Washington, D.C._

By delivering and leaving with the person served a copy of each of the following:

- [x] The writ of summons issued in the above case
- [ ] Statement of claims and all supporting papers
- [x] Other  Complaint and Demand for Jury Trial

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_Anthony Barnes_

Notice to Court:  Should any additional information be needed please contact our office at the phone number listed above.