**Bernstein & Bernstein**

2610 University Boulevard West  Wheaton, MD  20902
301-593-8700

UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA
~~CIRCUIT COURT OF MARYLAND FOR~~

Case No. 1:07 CV 01617

Trial Date

Tennakoon Mudiyanselage Chandraratine      VS.      Pushpa Saraff, Indiv.

  Plaintiff(s)                                                Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon   Pravesh Saraff-Son of Defendant and Manager

   Description: Race  indian   Sex  male   Hgt  5'6"   Wgt  135   Approx. Age  25

   On the  27th  day of         September        , 2007 at   12:12   AM/~~PM~~.

   At         1912  L. St. N.W. Washington, D.C.

By delivering and leaving with the person served a copy of each of the following:

XXX   The writ of summons issued in the above case
  ☐   Statement of claims and all supporting papers
XXXX  Other  Complaint and Demand for Jury Trial

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

*Anthony Barnes*
Anthony Barnes

Notice to Court: Should any additional information be needed please contact our office at the phone number listed above.