**Bernstein & Bernstein**

2610 University Boulevard West  Wheaton, MD  20902
301-593-8700

UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA
~~CIRCUIT COURT OF MARYLAND FOR~~

Case No.  1"07 CV 01617

Trial Date

Tennakoon Mudiyanselage Chandraratine   VS.   Pushpa A. Saraff & Sajan Saraff
                                              d/b/a Barmy Wine & Liquor

Plaintiff(s)                                  Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon  Pravesh Saraff-Son of Defendant (Defendant in India)

   Description: Race  indian  Sex  male  Hgt  5'6"  Wgt  135  Approx. Age  25

   On the  27th  day of  September  , 2007 at  12:12  ~~AM~~/PM.

   At  1912 L. St. N.W. Washington, D.C.

By delivering and leaving with the person served a copy of each of the following:

XXX  The writ of summons issued in the above case
☐   Statement of claims and all supporting papers
XXX  Other   Complaint and Demand for Jury Trial

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Anthony Barnes

Notice to Court: Should any additional information be needed please contact our office at the phone number listed above.