UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TENNAKOON MUDIYANSELAGE CHANDRARATNE, )
and JAYATILAKE R. MUDIYANSELAGE           )
on behalf of themselves and all others similarly situated )
                                           )
         Plaintiffs,                       )
                                           )
v.                                         ) Case No.: 1:07-cv-01617 (JDB)
                                           )
PUSHPA SARAFF and SAJAN KUMAR SARAFF       )
d/b/a BARMY WINE & LIQUOR,                 )
PUSHPA SARAFF, and SAJAN KUMAR SARAFF      )
                                           )
         Defendants.                       )
                                           )

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties have stipulated and agreed that Defendants' time to answer or otherwise respond to Plaintiffs' Complaint shall be extended through and until November 15, 2007 to provide time for the parties to explore settlement of all claims.

Respectfully submitted,

*/s/ Philip B. Zipin*
Philip B. Zipin (#367362)
The Zipin Law Firm, L.L.C.
8403 Colesville Road
Suite 610
Silver Spring, MD
301.587.9373
301.587.9397 Fax
Counsel for Plaintiffs

*/s/ Mary E. Pivec*
Mary E. Pivec (# 445760)
M. Ginger McCauley (#478528)
Keller and Heckman LLP
1001 G Street, NW
Suite 500 West
Washington, DC 20001
202.434.4109
202.434.4646 Fax
Counsel for Defendants

Dated: October 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TENNAKOON MUDIYANSELAGE CHANDRARATNE,) and JAYATILAKE R. MUDIYANSELAGE ) on behalf of themselves and all others similarly situated ) ) **Plaintiffs,** ) ) v. ) ) PUSHPA SARAFF and SAJAN KUMAR SARAFF ) d/b/a BARMY WINE & LIQUOR, ) PUSHPA SARAFF, and SAJAN KUMAR SARAFF ) ) **Defendants.** ) _____) | Case No.: 1:07-cv-01617 (JDB) |

## CONSENT ORDER

Upon consideration of the Stipulation to Extend Time To Respond To Complaint and good cause being shown, it is this \_\_\_\_\_ day of _____, 2007 hereby;

**ORDERED** that the deadline for Defendants to respond to Plaintiffs' Complaint is extended through and until November 15, 2007.

_____
Honorable John D. Bates