UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TENNAKOON MUDIYANSELAGE CHANDRARATNE, )
and JAYATILAKE R. MUDIYANSELAGE )
on behalf of themselves and all others similarly situated )
)
    Plaintiffs, )
)
v. ) Case No.: 1:07-cv-01617 (JDB)
)
PUSHPA SARAFF and SAJAN KUMAR SARAFF )
d/b/a BARMY WINE & LIQUOR, )
PUSHPA SARAFF, and SAJAN KUMAR SARAFF )
)
    Defendants. )
)

## SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties are in the process of attempting to settle this matter and have exchanged documents to facilitate that. Accordingly, the parties have stipulated and agreed that Defendants' time to answer or otherwise respond to Plaintiffs' Complaint shall be further extended through and until December 31, 2007 to provide sufficient time for the parties to fully explore the settlement of all claims.

Respectfully submitted,

*/s/ Philip B. Zipin*
Philip B. Zipin (#367362)
The Zipin Law Firm, LLC
8403 Colesville Road
Suite 610
Silver Spring, MD
301.587.9373
301.587.9397 Fax
Counsel for Plaintiffs

*/s/ Mary E. Pivec*
Mary E. Pivec (# 445760)
M. Ginger McCauley (#478528)
Keller and Heckman LLP
1001 G Street, NW
Suite 500 West
Washington, DC 20001
202.434.4109
202.434.4646 Fax
Counsel for Defendants

Dated: November 7, 2007