IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TENNAKOON MUDIYANSELAGE CHANDRARATNE,: et al. : : *On Behalf of Themselves and* : *All Others Similarly Situated* : : Plaintiffs, : : v. : : PUSHPA SARAFF and SAJAN KUMAR SARAFF : d/b/a Barmy Wine and Liquor, et al. : : Defendants. : | Civil Action No.: **1:07-cv-1617** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

The parties hereto having settled and fully resolved this matter, the Clerk will please mark this case as DISMISSED WITH PREJUDICE.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No. 367362
Nancy Brewer
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email:   pzipin@zipinlaw.com
              nbrewer@zipinlaw.com

**Counsel for Plaintiffs**